**VALENTI LAW APC**
Matthew D. Valenti (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Raul Uriarte-Limon

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHULA VISTA CAR AUDIO INC., a California corporation; GALE GERALD FICK as an individual and trustee of the KOBE ENTERPRISES TRUST 12-22-22; and DOES 1-10,<br><br>    Defendants. | Case No.: 3:24-cv-00559-JAH-DTF<br><br>JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES |

- 1 -
Joint Notice of Settlement

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation of Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Respectfully submitted,

DATED: June 24, 2025				VALENTI LAW APC

						By: */s/ Matt Valenti*
						Matt Valenti, Esq.
						Attorney for Plaintiff

DATED: June 24, 2025				THOMAS GENNARO LAW

						By: */s/ Thomas Gennaro*
						Thomas Gennaro, Esq.
						Attorney for Defendants

**SIGNATURE ATTESTATION**

    I, Matt Valenti, attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/ Matt Valenti*
                                                Matt Valenti, Esq.